UNITED STATES DISTRICT COURT          EASTERN DISTRICT OF TEXAS

ASHLEY FINE,                              §
                                          §
            Plaintiff,                    §
                                          §
versus                                    §    CIVIL ACTION NO. 1:26-CV-00111-
                                          §    MAC-CLS
                                          §
LSJ TRUCKING,                             §
                                          §
            Defendant.                    §
                                          §

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

This action was referred to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court.  *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72.  On April 1, 2026, Judge Stetson issued a Report and Recommendation (#4) that advised the court to conditionally dismiss *pro se* Plaintiff Ashley Fine's complaint and provide her fourteen (14) days to replead.  Plaintiff did not object.

The court received and considered the Report and Recommendation of the United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence.  After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.  Therefore, the Report and Recommendation (#4) is **ADOPTED**.  Plaintiff's claims are hereby **CONDITIONALLY DISMISSED**.  Plaintiff shall have 14 days to replead, or the court will dismiss her claims.

**Signed  this date**

**Apr 23, 2026**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE